MALINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 600
    San Francisco, California 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEILSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 13-1737 NJV<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; ~~PROPOSED~~ ORDER |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a second 30-day extension of time up and through including November 30, 2013, in which to e-file her Cross-Motion for Summary Judgment. Defendant has determined that a medical report discussed by the Administrative Law Judge was not included in the transcript and needs additional time to consult with the Commissioner to determine whether remand for further proceedings is warranted or whether a supplemental transcript, that includes the medical report can be produced. Counsel apologizes for the delay and inconvenience caused to the Court.

///

///

///

| | | | |
|---|---|---|---|
| 1 | Dated: <u>October 29, 2013</u> | By: | */s/Tom Weathered*<br>*(As authorized via telephone on 10/29/2013)*<br>TOM WEATHERED<br>Attorney for Plaintiff |
| | | | |
| | | | MALINDA HAAG<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| 7 | Dated: <u>October 29, 2013</u> | By: | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __October 31, 2013____

_____
NANDOR J. VADAS
United States Magistrate Judge

2