UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JAMES NEILSEN,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 13-cv-01737-NJV

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

On May 13, 2014, the court entered an order regarding Plaintiff's motion for attorney's fees and ordering Plaintiff's counsel to file a supplemental declaration regarding fees billed after April 18, 2014. *See* Doc. No. 33. Plaintiff's counsel has done so. *See* Doc. No. 34. The court finds that the time described by Plaintiff's counsel in his supplemental declaration is reasonable and also subject to reimbursement under the EAJA.

Accordingly, for the reasons stated in its May 13, 2014 order, the court orders Defendant Carolyn Colvin to pay to Plaintiff's counsel a total of $6,676.61 ($187.02 x 35.70 hours), minus any amount owed by Plaintiff under the terms of the U.S. Treasury Offset Program. *See* Doc. No. 33. Payment shall be made within 30 days of this order.

**IT IS SO ORDERED**.

Dated: May 14, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge